United States District Court
Southern District of Texas
FILED

JAN 22 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MINERVA BRITO,
FELIX BRITO and IRAIS ROJAS ESTRADA,
Plaintiffs

CIVIL ACTION NO. B-03-023

VS.

**COMPLAINT FOR DAMAGES--**
**JURY DEMANDED**

ALEXANDER HOUSE APARTMENTS
MANAGEMENT, INC., d/b/a ALEXANDER HOUSE
APARTMENTS, LTD.
and
CITY RANGERS SECURITY ENFORCEMENT, INC.
Defendants

### JURISDICTION

1.   Plaintiff, Minerva Brito is an individual residing in Monterrey, Mexico and is a Mexican citizen.

2.   Plaintiff, Felix Brito is an individual residing in Villa Nicolas Romero, Estado de Mexico and is a Mexican citizen.

3.   Plaintiff, Irais Rojas Estrada is an individual residing in Villa Nicolas Romero, Estado de Mexico and is a Mexican citizen.

4.   Defendant, Alexander House Apartments Management, Inc., d/b/a Alexander House Apartments, Ltd. is a limited partnership formed and registered in the State of Texas and has its principal place of business in the State of Texas. Defendant Alexander House Management, Inc. is the managing partner of Alexander House Apartments, Ltd. Alexander House Management, Inc. d/b/a

1

Alexander House Apartments and Alexander House Management, Inc. may be served by service on their registered agent, Joseph R. Pryzant at 6060 Gulfton, Houston, Texas 77081, or any place he may be found.

5.  Defendant, City Rangers Security Enforcement, Inc., Inc. is a Texas corporation incorporated under the laws of the State of Texas and has its principal place of business in the State of Texas. City Rangers Security Enforcement, Inc., Inc. may be served by serving its registered agent, Ramiro G. Ramirez, 7400 Harwin, Suite 217, Houston, Texas 77036, or any place he may be found.

6.  This court has subject matter jurisdiction over this action and the claims asserted in the complaint under 28 U.S.C. §1332 because:

    a.  There is complete diversity of citizenship between the plaintiffs and all defendants in this action, and

    b.  The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

7.  This court has personal jurisdiction over Alexander House Apartments because it is present in and regularly conducts business at Houston, Texas and is subject to service of process in this state under Fed. R. Civ. P. 4.

8.  This court has personal jurisdiction over City Rangers Security Enforcement, Inc., Inc. because it is present in and regularly conducts business at Houston, Texas and is subject to service of process in this state under Fed. R. Civ. P. 4.

9.   Venue in proper in this court under 28 U.S.C. §1391(a) because a substantial portion of the events or omissions giving rise to the claim asserted in this complaint occurred within this judicial district.

## CLAIM FOR RELIEF

10.   On September 15, 2002, Jesus R. Brito was near or in an apartment complex parking lot at 6060 Gulfton Street, Harris County, Houston, Texas 77081.

11.   The apartment complex located at 6060 Gulfton Street, Houston, Texas 77081 is owned and operated by Alexander House Apartments, Ltd. d/b/a Alexander House Apartments.

12.   On September 15, 2002, Alexander House Apartments, Ltd. employed City Rangers Security Enforcement, Inc. to assign security guards at 6060 Gulfton.

13.   A contract existed between Alexander House Apartments, Ltd. and City Rangers Security Enforcement, Inc. for this arrangement.

14.   On September 15, 2002, City Rangers Security Enforcement, Inc. assigned their employee Roberto Ruiz to work on the property as a security guard.

15.   During the time City Rangers Security Enforcement was working at 6060 Gulfton, City Rangers Security Enforcement, Inc. was an agent of Alexander House Apartments, Ltd.

16.  On September 15, 2002, Roberto Ruiz while working in the course and scope of his employment with City Rangers Security Enforcement, Inc. and as an agent of Alexander House Apartments, Ltd. fired his handgun at Jesus Brito.

17.  Roberto Ruiz discharged his handgun without justification.

18.  Jesus Brito was hit with a bullet from Mr. Ruiz' gun.

19.  Jesus Brito died from his bullet shot wound later that evening.

20.  At the time of his death, Jesus Brito was a Mexican citizen.

21.  Plaintiff, Minerva Brito was the spouse of Jesus Brito.

22.  Plaintiff, Felix Brito was the father of Jesus Brito.

23.  Plaintiff, Irais Rojas Estrada was the mother of Jesus Brito.

24.  The defendants negligently caused the death of Jesus Brito because, among other things:

25.  The defendant, Alexander House Apartments, Ltd. is responsible for Jesus Brito's death because they negligently hired, employed and supervised their agent City Rangers Security Enforcement, Inc.

26.  The defendant, Alexander House Apartments, Ltd is responsible for Jesus Brito's death because they knew or should have known that an incident such as this would or could happen on Alexander House Apartments property.

27.  The defendant City Rangers Security Enforcement, Inc. is responsible for Jesus Brito's death because they negligently hired, trained and supervised Roberto Ruiz and through the legal theory know as Respondeat Superior.

28.  The negligence of the defendants was the proximate cause of all of the plaintiffs' injuries and damages.

## JURY DEMAND

29.  Plaintiffs demand trial by jury.

## REQUEST FOR RELIEF

Plaintiffs request judgment against the defendants:

1.  For their pecuniary loss as determined by the trier of fact;

2.  For their loss of companionship and society as determined by the trier of fact;

3.  For their mental anguish as determined by the trier of fact;

4.  For their loss of inheritance as determined by the trier of fact;

5.  For their costs of suit; and

6.  For all other relief to which they may be entitled.

Dated: *January 21, 2003*

Respectfully submitted,

FJELDAL & ASSOCIATES

By: _____
Timothy A. Fjeldal
Attorney-in-Charge
SBN: 07100200
ID No. 5548
1225 North Loop West, Suite 1111
Houston, Texas 77008
713-869-9690
713-869-6777 (Facsimile)

LOCAL COUNSEL:

Ray Marchan
ID No. 9522
1926 East Elizabeth Street
Brownsville, Texas 78520

5