AO 440 (Rev. 10/93) Summons in a Civil Action

**City Rangers**

| RETURN OF SERVICE | CA B-03-23 |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4·11·03 |
| NAME OF SERVER (PRINT) EDWIN M. PETERS | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 7400 HARWIN #217, HOUSTON 77036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

APR 17 2003

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4·11·03
               Date

Signature of Server: *Edwin M. Peters*

3034 Barnhill Ln., Sugar Land, TX 77479
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     Texas

MINERVA BRITO, ET AL
        Plaintiffs

V.

ALEXANDER HOUSE APARTMENT MANAGEMENT,
. ET AL
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  B-03-023

TO: (Name and address of Defendant) City Rangers Security Enforcement, Inc., by serving its Registered Agent, Ramiro G. Ramirez, 7400 Harwin, Suite 217, Houston, Texas 77036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy A. Fjeldal, 1225 North Loop West, Suite 1111, Houston, Texas 77008

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby        3-13-03
CLERK                   DATE

Rita Nieto
(By) DEPUTY CLERK