IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MINERVA BRITO, FELIX BRITO and IRAIS ROJAS ESTRADA<br>Plaintiffs | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-023 |
| ALEXANDER HOUSE APARTMENTS MANAGEMENT, INC. d/b/a ALEXANDER HOUSE APARTMENTS, LTD. and CITY RANGERS SECURITY ENFORCEMENT, INC.<br>Defendants | § § § § § § § | JURY DEMANDED |

**DEFENDANT CITY RANGERS SECURITY ENFORCEMENT, INC.'S
LIST OF FINANCIALLY INTERESTED ENTITIES**

Defendant, City Rangers Security Enforcement, Inc., files this list of financially interested entities pursuant to paragraph 2 of this Court's Order Setting Conference.

1. Defendant City Rangers Security Enforcement, Inc. – Defendant.

2. American Equity Insurance Company – liability insurance carrier for Defendant City Rangers Security Enforcement, Inc.

Respectfully submitted,

DUNN, WEATHERED, COFFEY,
RIVERA & KASPERITIS, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361)883-1594
(361)883-1599 Fax

BY: _____
David J. Dunn, Attorney-in-Charge
SBN 06243500; Fed. ID 2438
**COUNSEL FOR DEFENDANT
CITY RANGERS SECURITY
ENFORCEMENT, INC.**

1

2

## CERTIFICATE OF SERVICE

I, David J. Dunn, certify that a true copy of the foregoing has been served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on this ___1___ day of May, 2003:

Mr. Timothy A. Fjeldal
**FJELDAL & ASSOCIATES**
1225 North Loop West, Suite 1111
Houston, Texas 77008
CM RRR 7002 2410 0001 8742 3306
Via Facsimile (713)889-8777

Mr. Ray Marchan
**WATTS & HEARD, L.L.P.**
1926 East Elizabeth Street
Brownsville, Texas 78520
Via Regular Mail and Facsimile (956)541-0255

Mr. William A. Sherwood
**MCFALL MARTINEZ SHERWOOD BREITBEIL & SULLIVAN, P.C.**
4800 ChevronTexaco Plaza
1111 Bagby Street
Houston, Texas 77002
Via Regular Mail and Facsimile (713)590-9399

_____
DAVID J. DUNN