IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MINERVA BRITO, FELIX BRITO and IRAIS ROJAS ESTRADA<br>Plaintiffs | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-023 |
| ALEXANDER HOUSE APARTMENTS MANAGEMENT, INC. d/b/a ALEXANDER HOUSE APARTMENTS, LTD. and CITY RANGERS SECURITY ENFORCEMENT, INC.<br>Defendants | § § § § § § § | JURY DEMANDED |

**DEFENDANT ALEXANDER HOUSE MANAGEMENT, INC.'S
LIST OF FINANCIALLY INTERESTED ENTITIES**

Defendant, Alexander House Management, Inc., incorrectly named as Alexander House Apartments Management, Inc., d/b/a Alexander House Apartments, Ltd. files this list of financially interested entities pursuant to paragraph 2 of this Court's Order Setting Conference.

1. Defendant Alexander House Management, Inc.—a corporation formed and incorporated in Texas with its principal place of business in Houston, Texas.

2. Nautilus Insurance Company—general liability insurance carrier for an Alexander House entity.

3. American Guarantee and Liability Insurance Company—on information and belief, American Guarantee is a Zurich affiliate and may be the excess liability insurance carrier for an Alexander House entity.

4. Defendant City Rangers Security Enforcement, Inc.—corporation that has its principal place of business in Houston, Texas and provided security for the Alexander House Apartments at 6060 Gulfton, Houston, Texas.

5. The estate of Jesus R. Brito—estate of individual that plaintiffs allege was fatally shot at the Alexander House Apartments on or about September 15, 2002.

6. Plaintiff Minerva Brito—the alleged spouse of Jesus R. Brito

7. Plaintiff Felix Brito—the alleged father of Jesus R. Brito

8. Plaintiff Irais Rojas Estrada—the alleged mother of Jesus R. Brito

9. Alexander House Ltd.—a limited partnership with its principal place of business in Houston, Texas.

                              Respectfully submitted,

By: *[signature]*
William A. Sherwood
State Bar No. 18255500
Federal Bar No. 4433
4800 ChevronTexaco Plaza
1111 Bagby Street
Houston, Texas 77002
Telephone: (713) 590-9300
Telecopier: (713) 590-9399

Attorney-in-charge for Defendant,
Alexander House Management, Inc.,
incorrectly named as Alexander House
Apartments Management, Inc. d/b/a
Alexander House Apartments, Ltd.

OF COUNSEL:
McFALL MARTINEZ SHERWOOD BREITBEIL & SULLIVAN, P.C.
4800 ChevronTexaco Plaza
1111 Bagby Street
Houston, Texas 77002
(713) 590-9300
(713) 590-9399 facsimile

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this 28 day of April 2003.

_____
William A. Sherwood

M:\W A S\Brito\pleadings\financially inter entities.doc