UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby
Clerk of Court

MINERVA BRITO,
FELIX BRITO and IRAIS ROJAS ESTRADA,
    Plaintiffs

VS.                      CIVIL ACTION NO. B-03-023

ALEXANDER HOUSE APARTMENTS
MANAGEMENT, INC., d/b/a ALEXANDER HOUSE
APARTMENTS, LTD.
and
CITY RANGERS SECURITY ENFORCEMENT, INC.
    Defendants

PLAINTIFFS'
LIST OF ALL FINANCIALLY INTERESTED ENTITIES

Pursuant to the Court's Order Setting Conference, the Plaintiffs file the following list of all financially interested entities:

1. Plaintiff Minerva Brito – spouse of Jesus R. Brito

2. Plaintiff Felix Brito – father of Jesus R. Brito

3. Plaintiff Irais Rojas Estrada – mother of Jesus R. Brito

4. April Nicole Brito, daughter of Jesus R. Brito

5. Estate of Jesus R. Brito

6. Plaintiffs' attorney, Timothy A. Fjeldal

7. Plaintiffs' attorney, Ray Marchan

Respectfully submitted,

FJELDAL & ASSOCIATES

By: _____
Timothy A. Fjeldal
Attorney-in-Charge
SBN: 07100200
ID No. 5548
1225 North Loop West, Suite 1111
Houston, Texas 77008
713-869-9690
713-869-6777 (Facsimile)

LOCAL COUNSEL:

Ray Marchan
ID No. 9522
1926 East Elizabeth Street
Brownsville, Texas 78520

## CERTIFICATE OF DELIVERY

I certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record on April 30, 2003.

_____
Timothy A. Fjeldal

2