IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MINERVA BRITO, FELIX BRITO § <br> and IRAIS ROJAS ESTRADA § <br> Plaintiffs § <br> § <br> VS. § <br> § <br> ALEXANDER HOUSE APARTMENTS § <br> MANAGEMENT, INC. d/b/a ALEXANDER § <br> HOUSE APARTMENTS, LTD. and CITY § <br> RANGERS SECURITY § <br> ENFORCEMENT, INC. § <br> Defendants § | CIVIL ACTION NO. B-03-023 <br><br> JURY DEMANDED |

**DEFENDANT CITY RANGERS SECURITY ENFORCEMENT, INC.'S
MOTION FOR LEAVE TO FILE AFFIDAVIT IN SUPPORT
OF MOTION TO DISMISS, OR ALTERNATIVELY, MOTION TO TRANSFER**

Defendant, City Rangers Security Enforcement, Inc. ("City Rangers"), files this motion for leave to file affidavit in support of motion to dismiss, or alternatively, for transfer for improper venue, and would respectfully show:

1. City Rangers timely filed its Rule 12(b)(3) motion to dismiss, or alternatively, motion to transfer for improper venue on or about May 1, 2003. At that time, the corporate representative of City Rangers, Mr. Ramiro Ramirez, was out of the country, in Mexico, attending a close relative who was very ill. As a result, Mr. Ramirez was unavailable to make an affidavit in support of City Rangers venue motion.

2. City Rangers wishes to present the affidavit of Mr. Ramirez in support of its venue motion. Allowing the filing of Mr. Ramirez' affidavit will not delay these proceedings, nor unfairly prejudice any party but, rather, allowing the affidavit to be filed will assist the Court in making a

1

proper determination of the venue motion. In this regard, it is City Ranger's understanding, in keeping with the Joint Case Management Plan that the parties filed on May 16, that the venue motions may be heard by the Court at the initial pre-trial conference, currently scheduled for June 2, 2003.

3. A facsimile copy of Mr. Ramirez' affidavit is attached hereto as Exhibit A. The original will be sent to the Court on May 27, 2003.

WHEREFORE, PREMISES CONSIDERED, Defendant City Rangers requests leave of court to file the attached affidavit. Defendant prays for such other relief to which it may be entitled.

Respectfully submitted,

DUNN, WEATHERED, COFFEY,
RIVERA & KASPERITIS, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361)883-1594
(361)883-1599 Fax

BY: _____
David J. Dunn, Attorney-in-Charge
SBN 06243500; Fed. ID 2438

**COUNSEL FOR DEFENDANT
CITY RANGERS SECURITY
ENFORCEMENT, INC.**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Defendant City Rangers Security Enforcement, Inc. attempted to confer with Plaintiffs' counsel regarding the merits of this motion, as well as with counsel for the co-defendant, and left a couple of messages with counsel's office on May 23, 2003, but was unable to discuss this motion with counsel.

_____
DAVID J. DUNN

## CERTIFICATE OF SERVICE

I, David J. Dunn, certify that a true copy of the foregoing has been served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on this 23rd day of May, 2003:

Mr. Timothy A. Fjeldal
**FJELDAL & ASSOCIATES**
1225 North Loop West, Suite 1111
Houston, Texas 77008
CM RRR 7002 2410 0001 8742 2958

Mr. Ray Marchan
**WATTS & HEARD, L.L.P.**
1926 East Elizabeth Street
Brownsville, Texas 78520

Mr. William A. Sherwood
**MCFALL MARTINEZ SHERWOOD BREITBEIL & SULLIVAN, P.C.**
4800 ChevronTexaco Plaza
1111 Bagby Street
Houston, Texas 77002

_____
DAVID J. DUNN

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MINERVA BRITO, FELIX BRITO and IRAIS ROJAS ESTRADA<br>Plaintiffs | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-023 |
| ALEXANDER HOUSE APARTMENTS MANAGEMENT, INC. d/b/a ALEXANDER HOUSE APARTMENTS, LTD. and CITY RANGERS SECURITY ENFORCEMENT, INC.<br>Defendants | § § § § § § § | JURY DEMANDED |

## AFFIDAVIT OF RAMIRO RAMIREZ

STATE OF TEXAS §
§
COUNTY OF HARRIS §

Before me, the undersigned authority, personally appeared Ramiro Ramirez, who being by me duly sworn, deposed as follows:

1. My name is Ramiro Ramirez. I am over 21 years of age and fully competent to make this affidavit. I have personal knowledge of all the facts contained in this affidavit and they are all true and correct.

2. I am the President of City Ranger Security Enforcement, Inc.

3. City Rangers' principal place of business is located in Houston, Texas. City Rangers has never done business in Cameron County, nor does City Rangers have any offices, employees, agents or representatives in Cameron County.

4. The employees of City Rangers who were witnesses to the incident made the basis of this suit work and reside in Houston, Texas. In addition, I reside and work in Houston, Texas.

5. Trying this suit in Cameron County would be extremely inconvenient to City Rangers. It is a small company with limited resources and manpower. Requiring the attendance of myself and/or other representatives of the company to attend trial proceedings in Cameron County has the likelihood of disrupting the company's

1

EXHIBIT "A"

normal day-to-day business operations much more so than were the case to be tried in Harris County.

6. I was required to be in Victoria Tamaulipas Mexico to be with my oldest brother, who had just suffered a stroke, at the time that my attorneys were preparing responsive pleadings in this matter. Consequently, I was not available to sign an Affidavit at the time that pleadings were filed on behalf of City Rangers Security Enforcement, Inc.

_____
RAMIRO RAMIREZ


SWORN TO AND SUBSCRIBED before me on this the 23 day of May, 2003.

_____
Notary Public in and for the
State of Texas

2