IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MINERVA BRITO, FELIX BRITO and IRAIS ROJAS ESTRADA<br>Plaintiffs | § § § § | |
| VS. | § | CIVIL ACTION NO. B-03-023 |
| ALEXANDER HOUSE APARTMENTS MANAGEMENT, INC. d/b/a ALEXANDER HOUSE APARTMENTS, LTD. and CITY RANGERS SECURITY ENFORCEMENT, INC.<br>Defendants | § § § § § § § § | JURY DEMANDED |

## DEFENDANTS' INITIAL DISCLOSURES

TO: Minerva Brito, Felix Brito, and Irais Rojas Estrada, Plaintiffs, by and through their attorney of record, Mr. Timothy A. Fjeldal, FJELDAL & ASSOCIATES, 1225 North Loop West, Suite 1111, Houston, Texas 77008 and Mr. Ray Marchan, WATTS & HEARD, L.L.P., 1926 East Elizabeth Street, Brownsville, Texas 78520

Alexander House, by and through its attorney of record, Mr. William A. Sherwood, MCFALL MARTINEZ SHERWOOD BREITBEIL & SULLIVAN, P.C., 4800 ChevronTexaco Plaza, 1111 Bagby Street, Houston, Texas 77002

Pursuant to provisions of Fed. R. Civ. P. 26(a)(1) and (2), Defendant, City Rangers Security Enforcement, Inc., makes the accompanying initial disclosures of: 1) individuals likely to have discoverable information relevant to disputed facts, of documents in its possession, custody, or control relevant to disputed facts, and of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action; and 2) of the identity of any person who may be used at trial to present opinion or expert testimony.

1

## RELEVANT PERSONS

1. Ramiro Ramirez, City Rangers Security Enforcement, Inc., 7400 Harwin, Suite 217, Houston, Texas 77036; 713-266-0555. Mr. Ramirez is the corporate representative of City Rangers Security Enforcement, Inc., and is knowledgeable regarding the nature and scope of City Rangers Security Enforcement, Inc.'s business, including its contractual relationship with Alexander House, its employment relationship with Roberto Ruiz, and the incident made the basis of the suit.

2. Roberto Ruiz, City Rangers Security Enforcement, Inc., 7400 Harwin, Suite 217, Houston, Texas 77036; 713-266-0555. Mr. Ruiz is a security guard employed by City Rangers Security Enforcement, Inc. He has knowledge regarding the incident made the basis of the suit. He was involved in the incident, and was an eyewitness to it.

3. Mr. Samuel Alaniz has knowledge regarding the incident made the basis of this suit and was an eyewitness to it.

## RELEVANT DOCUMENTS

1. Roberto Ruiz's written report of the incident made the basis of the suit. A copy of this report is located in the offices of Dunn, Weathered, Coffey, Rivera & Kasperitis, P.C., the attorneys for City Rangers Security Enforcement, Inc.

2. The contract between City Rangers Security Enforcement, Inc., and Alexander House. A copy of the contract is located in the offices of Dunn, Weathered, Coffey, Rivera & Kasperitis, P.C., the attorneys for City Rangers Security Enforcement, Inc.

## INSURANCE AGREEMENT

See attached. The policy has been requested and this disclosure will be supplemented in a timely manner.

## IDENTITY OF ANY PERSON WHO MAY BE USED
## AT TRIAL TO PRESENT OPINION OR EXPERT EVIDENCE

City Rangers Security Enforcement, Inc., anticipates designating one or more expert witnesses in the fields of security protection at apartment complexes in urban areas, such as Houston, Texas, and crime prevention and control in or around apartment complexes in urban areas, such as Houston, Texas. However, City Rangers has only recently made its appearance in this case and is still in the process of gathering relevant information. Therefore, City Rangers is not yet prepared to designate its expert witnesses, but will do so at the appropriate time, following which it will supplement these disclosures.

Respectfully submitted,

**DUNN, WEATHERED, COFFEY,
RIVERA & KASPERITIS, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361)883-1594
(361)883-1599 Fax

BY: _____
David J. Dunn, Attorney-in-Charge
SBN 06243500; Fed. ID 2438

**COUNSEL FOR DEFENDANT
CITY RANGERS SECURITY
ENFORCEMENT, INC.**

## CERTIFICATE OF SERVICE

I, David J. Dunn, certify that a true copy of the foregoing has been served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on this 23rd day of May, 2003:

Mr. Timothy A. Fjeldal
**FJELDAL & ASSOCIATES**
1225 North Loop West, Suite 1111
Houston, Texas 77008
Via Facsimile (713)889-8777

Mr. Ray Marchan
**WATTS & HEARD, L.L.P.**
1926 East Elizabeth Street
Brownsville, Texas 78520
Via Facsimile (956)541-0255

Mr. William A. Sherwood
**MCFALL MARTINEZ SHERWOOD BREITBEIL & SULLIVAN, P.C.**
4800 ChevronTexaco Plaza
1111 Bagby Street
Houston, Texas 77002
Via Facsimile (713)590-9399

_____, with permission
of DAVID J. DUNN



# CASUALTY CLAIMS STATUS FORM

Reported Date: **4-23-03**     Claim #: **66195**         Examiner: **SOUTHWEST**
Date Of Loss: **9-15-02**      Policy #: **ACC 182367**   Term: **2/1/02** To **2/1/03**
Agent #: **4602**              Agent Name: **SMIT, BELL & THOMPSON, INC**

Named Insured:  **CITY RANGERS SECURITY ENFORCEMENT, INC**
                **7400 HARWIN STE 217 HOUSTON, TX 77036**

Limits
General Aggregate:      **2,000,000.00**      ☒ AEIC     _____
Product/Comp.Ops:       **1,000,000.00**      ☐ TIG      _____
Pers. & Adver. Injury:  **1,000,000.00**      ☐ Other    _____
Each Occurence Limit:   **1,000,000.00**      AUO #      _____
Fire Damage Legal:      **250,000.00**        X-Reference _____
Medical Expense Limit:  **5000.00**           Policy on Search ☐
Deductible:             **1000.00**   Policy not in System ☐

Description Of Hazard:  **CITY RANGERS SECURITY ENFORCEMENT, INC**
Insured Location:       **HOUSTON, TX 77036**
Loss Location:          **HOUSTON, TX 77081**

| Claimant / Injured | Loss Code | Injury Code | BI | PD | PI | Nature of Injuries or Damages |
|---|---|---|---|---|---|---|
| Claimant #1 <br> **JESUS BRITO** | 215 | 0029 | 1 | | | **FATALITY** |
| Claimant #2 | | | | | | |
| Total LOSS | | | | | | Total LAE  0 |

Coverage Question? Explain: _____

|   | Adjuster | Attorney |
|---|---|---|
| DED  ☒ | | |
| ROR  ☐ <br> Suit ☐ | | |

Reviewed By: **AJB01**                      Date: **4/23/03**

White - Claims File        Yellow - Agent         Pink - Policy File