United States District Court
Southern District of Texas
FILED

MAY 2 7 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MINERVA BRITO,
FELIX BRITO and IRAIS ROJAS ESTRADA,
    Plaintiffs

VS.                                                      CIVIL ACTION NO. B-03-023

ALEXANDER HOUSE APARTMENTS
MANAGEMENT, INC., d/b/a ALEXANDER HOUSE
APARTMENTS, LTD.
and
CITY RANGERS SECURITY ENFORCEMENT, INC.
    Defendants

PLAINTIFFS'
INITIAL DISCLOSURES

TO:    Defendant, Alexander House Management, by and through their attorney of record, William A. Sherwood, McFall Martinez Sherwood Breitbeil & Sullivan, P.C., 4800 ChevronTexaco Plaza, 1111 Bagby Street, Houston, Texas 77002-2559.

Defendant, City Rangers Security Enforcement, Inc., by and through their attorney of record, David J. Dunn, Dunn, Weathered, Coffey, Riveria & Kasperitis, P.C., 611 S. Upper Broadway, Corpus Christi, Texas 78401.

Plaintiffs, Minerva Brito, Felix Brito and Irais Rojas Estrada, make these initial disclosures as required by Fed.R.Civ.P. 26(a) (1) and order of the court:

A. Individuals with Discoverable Information

1.    The following individuals are individuals who are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

Minerva Ovalle Brito, 1494 Roble col talleres, Monterrey Nuevo Leon, Mexico 01152-81 Phone: 483641. Mrs. Brito is a party plaintiff and is the widow of Jesus Brito. Mrs. Brito can be contacted through her attorney of record.

Felix Brito, Cerrada Buganbilia #209, Col. Lomas del Lago, C.P., Villa Nicolas Romero, Mexico 54476 Phone: 861 0218. Mr. Brito is a party plaintiff and is the father of Jesus Brito. Mr. Brito can be contacted through his attorney of record.

April Nicole Brito, 1494 Roble col talleres, Monterrey Nuevo Leon, Mexico 01152-81 Phone: 483641. April Brito is the minor daughter of Jesus and Minerva Brito. April Brito can be contacted through Minerva Brito's attorney.

Irais Rojas Estrada, Cerrada Buganbilia #209, Col. Lomas del Lago, C.P., Villa Nicolas Romero, Mexico 54476 Phone: 861 0218. Mrs. Estrada is a party plaintiff and is the mother of Jesus Brito and the wife of Felix Brito. Mrs. Estrada can be contacted through her attorney of record.

Roberto Ruiz a.k.a. Junior, address and telephone number unknown. Mr. Ruiz was a security guard working for defendant City Rangers Security Enforcement, Inc. at the time of the shooting of Jesus Brito and was involved in the incident made the basis of this suit.

Mario Alaniz a.k.a Samuel Angel Alanis, 6060 Gulfton, Houston, Texas 77081, telephone number unknown. Mr. Alaniz was a security guard working for defendant City Rangers Security Enforcement, Inc. at the time of the shooting of Jesus Brito and was involved in the incident made the basis of this suit.

Flor Vasquez, 6060 Gulfton, Houston, Texas 77081, telephone number unknown. Mrs. Vasquez is the common-law wife of Mario Ananiz and was a witness to the incident made the basis of this suit.

Joseph R. Pryzant, 6060 Gulfton, Houston, Texas 77081, telephone number unknown. Mr. Pryzant is the President and a shareholder of Alexander House Management, Inc. Alexander House Management, Inc. is the general partner of Alexander House, Ltd., a Texas limited partnership that owns the Alexander House Apartments at 6060 Gulfton, Houston, Texas 77081, where the incident made the basis of this suit occurred. Mr. Pryzant can be contacted through the attorney for Alexander House.

Gloria Pryzant, 6060 Gulfton, Houston, Texas 77081, telephone number unknown. Mrs. Pryzant is a Vice President and a Director of Alexander House Management, Inc. Alexander House Management, Inc. is the general partner of Alexander House, Ltd., a Texas limited partnership that owns the Alexander House Apartments at 6060 Gulfton, Houston, Texas 77081, where the incident

made the basis of this suit occurred. Mrs. Pryzant can be contacted through the attorney for Alexander House.

Paul K. Franks, 6060 Gulfton Houston, Texas 77081, telephone number unknown. Mr. Franks is a Vice President of Alexander House Management, Inc. Alexander House Management, Inc. is the general partner of Alexander House, Ltd., a Texas limited partnership that owns the Alexander House Apartments at 6060 Gulfton, Houston, Texas 77081, where the incident made the basis of this suit occurred. Mr. Franks can be contacted through the attorney for Alexander House.

Ramiro Ramirez, 7400 Harwin, Ste. 217, Houston, Texas 77036, telephone number unknown. Mr. Ramirez is an owner/partner/shareholder/officer of City Rangers Security Enforcement, Inc., and the security guard company that employed Mr. Ruiz and Mr. Alaniz at the time of the shooting of Jesus Brito. Mr. Ramirez can be contacted through the attorney for City Rangers Security Enforcement, Inc.

Ofelia Ramirez, 7400 Harwin, Ste. 217, Houston, Texas 77036, telephone number unknown. Mrs. Ramirez is the Qualified Manager of City Rangers Security Enforcement, Inc., and the security guard company that employed Mr. Ruiz and Mr. Alaniz at the time of the shooting of Jesus Brito. Mrs. Ramirez can be contacted through the attorney for City Rangers Security Enforcement, Inc.

David Alonso Bonilla, 5821 Clarewood, #14, Houston, Texas, telephone number (713) 839-9537. Mr. Bonilla is a witness to the incident which is the basis of this suit and was allegedly involved in an altercation with the deceased, Jesus Brito immediately prior to the shooting of Mr. Brito.

Dr. Wilson, Harris County Medical Examiner, and/or the custodian of records for the Harris County Medical Examiner's Office, 1885 Old Spanish Trail, Houston, Texas 77054 (713) 796-9292. It is believed Dr. Wilson performed the autopsy on Jesus Brito.

Assistant District Attorney Chuck Noll, and/or the custodian of records for the Harris County District Attorney's Office, 1200 Franklin, Suite 600, Houston, Texas 77002, telephone (713) 755-5800. It is believed Chuck Noll is the Assistant District Attorney assigned to the criminal case investigation.

Custodian of Records for the Houston Police Department, 1200 Travis, Houston, Texas 77002.

Houston Police Department Officer Lambright Houston Police Department, 1200 Travis, Suite 621 A, Houston, Texas 77002, telephone: (713) 308-1600. It is believed Officer Lambright participated in the investigation of the shooting, which is the basis of this suit.

Houston Police Department Officer Garcia Houston Police Department, 1200 Travis, Suite 621 A, Houston, Texas 77002, telephone: (713) 308-1600. It is believed Officer Garcia participated in the investigation of the shooting, which is the basis of this suit.

Sgt. Paul C. Motard, Homicide Division, Houston Police Department, 1200 Travis, Suite 621 A, Houston, Texas 77002, telephone: (713) 308-3600. Sgt. Motard participated in the investigation of the shooting, which is the basis of this suit.

Officer C. Abbondandola, Homicide Division Houston Police Department, 1200 Travis, Suite 621 A, Houston, Texas 77002, telephone: (713) 308-3600. Officer Abbondandola participated in the investigation of the shooting, which is the basis of this suit.

Officer M. Rodriguez Houston Police Department, 1200 Travis, Suite 621 A, Houston, Texas 77002, telephone: (713) 308-3600. It is believed Officer Rodriguez may have participated in the investigation of the shooting, which is the basis of this suit.

Officer W.H. Cowles Houston Police Department, 1200 Travis, Suite 621 A, Houston, Texas 77002, telephone: (713) 308-3600. It is believed Officer Cowles participated in the investigation of the shooting, which is the basis of this suit.

Daisy Lopez, 1210 Sol Street, Houston, Texas, telephone: (713) 674-8949. Ms. Lopez is a friend of Gerado Rolando Ovalle who went to Doctors Hospital Parkway after the shooting.

Gerado Rolando Ovalle, 6310 Dumfries Street, Houston, Texas 77096, telephone: (713) 272-7349. Mr. Ovalle is the brother of plaintiff Minerva Brito and was present at the events the night of the shooting and can be contacted through the plaintiffs' attorney of record.

Adalberto Brito Rojas, 2525 Winrock, #96, Houston, Texas 77057 (713) 977-1886. Mr. Rojas was the brother of Jesus Brito and was present at the events the night of the shooting and can be contacted through the plaintiffs' attorney of record.

Alvaro Barrera, 2525 Winrock, #96, Houston, Texas 77057, telephone: (713) 977-1886. Mr. Barrera was present at the events the night of the shooting and can be contacted through the plaintiffs' attorney of record.

Jim Krafka, Manager Becks Prime, 11000 Westheimer, Houston, Texas 77042, telephone number (713) 952-2325. Mr. Krafka is a manager at Becks Prime, Jesus Brito's place of employment prior to Mr. Brito's death.

Custodian of Records for Velatorio Parque Memorial, Av. Acueducto de los Arcos No. 1010, Naucalpan de Juarez, Estado de Mexico C.P. 53296, Telephone 044 55 54 79 09 36. This is the business that took part in the burial of Jesus Brito.

Custodian of Records of the Texas Board of Private Investigators & Private Security Agencies, P.O. Box 13509 Capital Station, Austin, Texas 78711, telephone: (512) 463-5545. This agency has records regarding City Rangers Security Enforcement, Inc. licensing and records regarding City Rangers employees.

Custodian of Records for Doctors Hospital Parkway, 233 West Parker Road, Houston, Texas, telephone: (281) 765-2600. The custodian of records will have documents relating to Jesus Brito's medical care and death after the shooting.

### B. Relevant Documents and Tangible Things

2.  The following is a list of documents, data compilations, and tangible things in Plaintiffs' possession, custody, or control, described by category and location, that Plaintiffs believe are relevant to disputed facts alleged with particularity in the pleadings.

Investigation Information from Houston Police Department.

Medical Records from Doctors Hospital Parkway.

Jesus Brito's Autopsy Report prepared by the Harris County Medical Examiner's Office.

Employment records from Becks Prime.

Burial Records of Jesus Brito.

## C. Information Related to Calculation of Damages

3. The following is a computation of Plaintiffs' damages. All non-privileged documents upon which this computation is based are available for inspection and copying.

### Pecuniary losses

1. Advice and counsel- to be determined by the jury.
2. Spouses loss of services- to be determined by the jury, based on earnings of approximately $925.00 per pay period at the time of Jesus Brito's death.
3. Loss of Support -to be determined by the jury.
4. Loss of financial contributions- to be determined by the jury.
5. Treatment for psychological trauma- to be determined by the jury.
6. Funeral Expenses, based on documentation of expenses.

### Other Damages

7. Mental Anguish- to be determined by the jury.
8. Loss of Companionship and Society- to be determined by the jury.
9. Loss of Inheritance- to be determined by the jury.

## D. Insurance Agreements

4.    None.

Respectfully submitted,

**FJELDAL&ASSOCIATES**

_____
Timothy A. Fjeldal
I.D No. 5548
SBN: 07100200
1225 North Loop West
Suite 1111
Houston, Texas 77008
Telephone: (713) 869-9690
Telecopier:(713) 869-6777

ATTORNEY FOR PLAINTIFFS, MINERVA BRITO, FELIX BRITO AND IRAIS ROJAS ESTRADA

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Plaintiffs' Initial Disclosures has been forwarded to all counsel of record by facsimile on this _23_ day of _May_, 2003.

_____
Timothy A. Fjeldal